# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS,<br><br>       Plaintiffs,<br><br>v.<br><br>MIDWEST GENERATION, LLC,<br><br>       Defendant. | Case No. 1:09-cv-05277 |

## CITIZEN GROUPS' MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24, proposed Intervenor-Plaintiffs Citizens Against Ruining the Environment, the Environmental Law and Policy Center, the Natural Resources Defense Council, Inc., Respiratory Health Association of Metropolitan Chicago, and the Sierra Club (collectively, "Citizen Groups") respectfully move to intervene in the above-captioned proceeding. A copy of the Citizen Groups' proposed complaint is attached hereto as Exhibit A. For the reasons set forth in the accompanying memorandum, the Court should grant the Citizen Groups intervention as of right or, in the alternative, permissive intervention, so that the Citizen Groups can fully participate in this Clean Air Act enforcement action.

Dated: October 9th, 2009          Respectfully submitted,

         /s/ Keith Harley

         Faith E. Bugel, IL Bar # 6255685
         Environmental Law & Policy Center
         35 East Wacker Drive, Suite 1300
         Chicago, IL 60601-2110
         (312) 673-6500
         (312) 795-3730 (facsimile)
         fbugel@elpc.org
         *Attorney for Respiratory Health Association of Metropolitan Chicago and Environmental Law & Policy Center*

         Keith Harley, IL Bar # 6198207
         Chicago Legal Clinic
         205 W. Monroe, Floor 4
         Chicago, IL 60606
         (312) 726-2938
         *Attorney for Citizens Against Ruining the Environment and Sierra Club*

         Shannon Fisk, IL Bar # 6269746*
         Natural Resources Defense Council
         2 N. Riverside Plaza, Suite 2250
         Chicago, IL 60606
         (312) 651-7904
         * Application for admission to the Northern District of Illinois bar forthcoming
         *Attorney for Natural Resources Defense Council*

*ELECTRONICALLY FILED*