IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF ILLINOIS, | No. 09-cv-05277 |
| Plaintiffs, | Judge John W. Darrah |
| v. | Magistrate Judge Maria Valdez |
| MIDWEST GENERATION, LLC, | |
| Defendant. | |

**MIDWEST GENERATION, LLC'S**
**PARTIAL MOTION TO DISMISS**

In accordance with Federal Rule of Civil Procedure 12(b)(6), Midwest Generation, LLC hereby moves to dismiss Counts 1, 4, 7, 10, 13, 18, 21, 24, 27, and 36 of the Complaint for the reasons set forth in the contemporaneously filed Midwest Generation's Memorandum in Support of its Partial Motion to Dismiss.

Dated:  December 16, 2009

Respectfully submitted,

/s/ Brian J. Murray
Daniel E. Reidy (IL Bar No. 2306948)
  dereidy@jonesday.com
Brian J. Murray (IL Bar No. 6272767)
  bjmurray@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

James M. Jones (*pro hac vice*)
  jmjones@jonesday.com
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, Pennsylvania  15219-2514
Telephone:  (412) 391-3939
Facsimile:  (412) 394-7959

Kevin P. Holewinksi (*pro hac vice*)
 kpholewinski@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Midwest Generation, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

| | |
|---|---|
| Keith Harley<br>Chicago Legal Clinic<br>205 W. Monroe, Floor 4<br>Chicago, IL 60606<br>(312) 726-2938<br><br>*Attorneys for Citizens Against Ruining the Environment and The Sierra Club* | John C. Cruden<br>Jennifer A. Lukas-Jackson<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>(202) 305-2332 |
| Shannon Fisk<br>Natural Resources Defense Council<br>2 N. Riverside Plaza, Suite 2250<br>Chicago, IL 60606<br>(312) 651-7904<br><br>*Attorneys for the Natural Resources Defense Council, Inc.* | Patrick J. Fitzgerald<br>Jonathan Haile<br>Office of the United States Attorney<br>Northern District of Illinois<br>219 S. Dearborn St., Fifth Floor<br>Chicago, IL 60604<br><br>*Attorneys for the United States* |
| Faith E. Bugel<br>Environmental Law & Policy Center<br>35 East Wacker Drive, Suite 1300<br>Chicago, IL 60601-2110<br>(312) 673-6500<br><br>*Attorneys for The Environmental Law and Policy Center and Respiratory Health Association of Metropolitan Chicago* | Matthew J. Dunn<br>Chief, Environmental Enforcement/<br>Asbestos Litigation Division<br>Assistant Attorney General<br>69 W. Washington St., 18th Floor<br>Chicago, IL 60602<br>(312) 814-2521<br><br>*Attorneys for the State of Illinois* |

Dated: December 16, 2009      /s/ Brian J. Murray
                                                       Brian J. Murray