**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS, | Civil Action No. 1:09-cv-05277 |
| Plaintiffs, | |
| v. | Judge Darrah |
| MIDWEST GENERATION, LLC, | Magistrate Judge Valdez |
| Defendant. | |

**STIPULATION REGARDING CLAIMS OF PROSPECTIVE INTERVENORS**

Defendant Midwest Generation, LLC ("Midwest Generation") and prospective intervenors Citizens Against Ruining the Environment, the Environmental Law and Policy Center, the Natural Resources Defense Council, the Respiratory Health Association of Metropolitan Chicago, and the Sierra Club (collectively, "Prospective Intervenor Citizen Groups") agree and stipulate as follows:

1. Plaintiffs the United States of America and the State of Illinois ("Governmental Plaintiffs") filed their complaint in this environmental enforcement action on August 27, 2009. That complaint is segregated into individual counts directed to conduct or events related to fourteen coal-fired, electricity-generating units situated at six separate power plants in Illinois. Each of these counts purports to assert one of three types of claims for relief. Each alleges violations of:

(i) the Prevention of Significant Deterioration provisions of the federal Clean Air Act ("CAA"), 42 U.S.C. § 7470-92;

(ii) the visible air pollutant ("Opacity") and particulate matter ("PM") limitations under the State Implementation Plan ("SIP") adopted by Illinois and approved by the United States Environmental Protection Agency pursuant to Section 110 of the CAA, 42 U.S.C. § 7410; or

(iii) Title V of the CAA, 42 U.S.C. §§ 7661-7661f, the Title V regulations at 40 C.F.R. Part 70, and the Illinois Environmental Protection Act, 415 Illinois Codified Statutes, 5/1 *et seq.*

2. On October 9, 2009, the Prospective Intervenor Citizen Groups sought leave to intervene to file a separate complaint against Midwest Generation. That complaint, though pleaded in two counts, purports to assert claims for relief only for alleged violations of Illinois Opacity regulations—the same regulations cited by the Governmental Plaintiffs in the claims for relief referenced in category (ii) of the preceding paragraph.

3. The Illinois Opacity claims alleged in the proposed complaint of the Prospective Intervenor Citizen Groups assert violations of the same Illinois Opacity regulations that are asserted as the basis for the Illinois Opacity claims alleged in the complaint of the Governmental Plaintiffs. The Illinois Opacity claims alleged in the proposed complaint of the Prospective Intervenor Citizen Groups are the same or a subset of the same Illinois Opacity claims alleged in the complaint of the Governmental Plaintiffs. In this action, the Prospective Intervenor Citizen Groups assert no statutory, regulatory, or other claims for relief beyond those asserted by the Governmental Plaintiffs in Counts 2, 5, 8, 11, 14, 16, 19, 22, 25, 28, 30, 32, 34, and 37 of the Governmental Plaintiffs' complaint. The Prospective Intervenor Citizen Groups, however, expressly reserve their right to request different relief for their claims than the relief

requested by the Governmental Plaintiffs, *see* Fed. R. Civ. P. 8(a)(3), and Midwest Generation reserves its right to oppose any such request.

       4.      Premised on these stipulated procedural facts, and so long as (i) these procedural facts remain accurate and (ii) the Prospective Intervenor Citizen Groups confine their asserted claims for relief as set forth above in Paragraphs 1, 2, and 3, Midwest Generation does not and will not oppose their intervention as sought.

       5.      The Prospective Intervenor Citizen Groups reserve the right to amend or supplement their complaint consistent with Fed. R. Civ. P. 15, the Local Rules of this Court, or any order issued by this Court. Midwest Generation reserves the right to oppose any such effort to amend or supplement the referenced complaint.

The parties identified in the opening paragraph above and listed with their counsel below SO STIPULATE.

Daniel E. Reidy
Brian J. Murray
Jones Day
77 W. Wacker Drive, Suite 3500
Chicago, IL 60601-1692
(312) 782-3939

Attorneys for Defendant Midwest Generation, LLC

Keith Harley
Chicago Legal Clinic
205 W. Monroe, Floor 4
Chicago, IL 60606
(312) 726-2938

Attorney for Citizens Against Ruining the Environment and The Sierra Club

Faith E. Bugel
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1300
Chicago, IL 60601-2110
(312) 673-6500

Attorney for The Environmental Law and Policy Center and Respiratory Health Association of Metropolitan Chicago

Shannon Fisk
Natural Resources Defense Council
2 N. Riverside Plaza, Suite 2250
Chicago, IL 60606
(312) 651-7904

Attorney for the Natural Resources Defense Council, Inc.