# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5277 | **DATE** | 3/30/2011 |
| **CASE TITLE** | USA vs. Midwest Generation | | |

**DOCKET ENTRY TEXT**

Ruling on motion hearing held. Defendant Edison Mission Energy's motion to clarify Order and Dismiss Edison Mission Energy as a Party-Defendant [131] is granted. Expert discovery ordered closed on 11/1/12. Pretrial conference set for 5/30/13 at 1:30 p.m. Jury trial set for 6/3/13 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|