# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5277 | **DATE** | 3/31/2011 |
| **CASE TITLE** | USA vs. Midwest Generation | | |

**DOCKET ENTRY TEXT**

Enter order of dismissal as to defendant Edison Mission Energy.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|