

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA and the STATE OF
ILLINOIS,

        Plaintiffs,

    and

CITIZENS AGAINST RUINING THE
ENVIRONMENT; THE ENVIRONMENTAL LAW
AND POLICY CENTER; NATURAL RESOURCE
DEFENSE COUNCIL, INC.; RESPIRATORY
HEALTH ASSOCIATION OF METROPOLITAN
CHICAGO; and SIERRA CLUB,

        Intervenor-Plaintiffs,

    v.

MIDWEST GENERATION, LLC, and EDISON
MISSION ENERGY,

        Defendants.

No. 09-cv-05277

Judge John W. Darrah

Magistrate Judge Maria Valdez

## ORDER OF DISMISSAL

AND NOW, this 31st day of March, 2011, upon consideration of Defendant Edison

Mission Energy's Motion to Clarify Order and Dismiss Edison-Mission Energy as a Party-

Defendant, IT IS HEREBY ORDERED that said Motion is GRANTED, and Edison Mission

Energy is DISMISSED from this action.

SO ORDERED

HON. JOHN W. DARRAH
UNITED STATES DISTRICT JUDGE 3/31/11