**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF ILLINOIS, | |
| Plaintiffs, | Judge John W. Darrah |
| | Magistrate Judge Maria Valdez |
| and CITIZENS AGAINST RUINING THE ENVIRONMENT, et al., | Civil Action No. 09-cv-05277 |
| Plaintiff-Intervenors, | |
| v. | |
| MIDWEST GENERATION, LLC, | |
| Defendant. | |

**STIPULATION REGARDING
DISCOVERY SCHEDULE AND LIMITATIONS IN LIABILITY PHASE**

Subsequent to this Court's March 16, 2011 opinion and order granting Defendants' motions to dismiss (Dkt. 128), the Parties met and conferred to determine discovery limitations and a schedule for discovery and trial for the liability phase of the remaining claims in Plaintiffs' and Plaintiff-Intervenors' respective First Amended Complaints. This Stipulation reflects the Parties' agreed limitations on discovery and an agreed schedule for discovery and trial on liability of these claims. Further, the schedule below reflects the Court's March 30, 2011 order setting dates for the close of expert discovery, the pretrial conference, and trial on liability.

-1-

## SCHEDULE

| | |
|---|---|
| Defendant's Answers Due (set by Order dated 3/25/11, Dkt. 133) | April 20, 2011 |
| Fact Discovery Closes | June 15, 2012 |
| Plaintiffs' and Plaintiff-Intervenors' Expert Disclosures Due | July 13, 2012 |
| Defendant's Expert Disclosures Due | August 13, 2012 |
| Plaintiffs' and Plaintiff-Intervenors' Expert Rebuttal Disclosures Due | September 13, 2012 |
| Expert Discovery Closes | November 1, 2012 |
| Summary Judgment Motions Due | December 3, 2012 |
| Joint Pretrial Brief Due | May 16, 2013 |
| Pretrial Conference | May 30, 2013, 1:30 pm |
| Trial on Liability | June 3, 2013, 9 am |

## LIMITATIONS ON DISCOVERY

| | |
|---|---|
| Depositions, including 30(b)(6) | 70 per side |
| Interrogatories | 125 per side |
| Document Production Requests | 125 per side |
| Requests for Admission | Not limited by this stipulation |

SO STIPULATED:

Dated: April 5, 2011

Signature pages for STIPULATION REGARDING DISCOVERY SCHEDULE AND LIMITATIONS IN LIABILITY PHASE in United States, et al. v. Midwest Generation, LLC, 09-cv-05277 (N.D. Ill).

| | |
|---|---|
|   /s/ Daniel E. Reidy   |   /s/ Jennifer A. Lukas-Jackson   |
| Daniel E. Reidy (IL Bar No. 2306948) | Jennifer A. Lukas-Jackson |
|   dereidy@jonesday.com |   jennifer.lukas-jackson@usdoj.gov |
| Brian J. Murray (IL Bar No. 6272767) | Kristin M. Furrie |
|   bjmurray@jonesday.com |   kristin.furrie@usdoj.gov |
| JONES DAY | Justin A. Savage |
| 77 West Wacker Dr., Ste. 3500 |   Justin.savage@usdoj.gov |
| Chicago, IL 60601-1692 | Environmental Enforcement Section |
| Telephone: (312) 782-3939 | Environment and Natural Resources Division |
| Facsimile: (312) 782-8585 | United States Department of Justice |
| | P.O. Box 7611 |
| James M. Jones (*pro hac vice*) | Washington, DC 20044-7611 |
|   jmjones@jonesday.com | Telephone: (202) 305-2332 |
| JONES DAY | Facsimile: (202) 864-5293 |
| 500 Grant St., Ste. 4500 | |
| Pittsburgh, PS 15219-2514 | *Attorneys for the United States* |
| Telephone: (412) 391-3939 | |
| Facsimile: (412) 394-7959 | |
| | |
| Kevin P. Holewinski (*pro hac vice*) |   /s/ Matthew J. Dunn   |
|   kpholewinski@jonesday.com | Matthew J. Dunn |
| JONES DAY |   mdunn@atg.state.il.us |
| 51 Louisiana Ave., NW |   Chief, Environmental Enforcement/ |
| Washington, DC 20001-2113 |   Asbestos Litigation Division |
| Telephone: (202) 879-3939 | Rose-Marie E. Cazeau |
| Facsimile: (202) 626-1700 |   rcazeau@atg.state.il.us |
| | Stephen J. Sylvester |
| *Attorneys for Defendant Midwest Generation, LLC* |   ssylvester@atg.state.il.us |
| | Andrew B. Armstrong |
| |   aarmstrong@atg.state.il.us |
| |   Assistant Attorneys General |
| | 69 W. Washington St., 18th Fl. |
| | Chicago, IL 60602 |
| | Telephone: (312) 814-2521 |
| | |
| | *Attorneys for the State of Illinois* |

Signature pages for STIPULATION REGARDING DISCOVERY SCHEDULE AND LIMITATIONS IN LIABILITY PHASE in <u>United States, et al. v. Midwest Generation, LLC</u>, 09-cv-05277 (N.D. Ill.).

    */s/ Keith Harley*
Keith Harley
  kharley@kentlaw.edu
Chicago Legal Clinic
205 W. Monroe, Floor 4
Chicago, IL 60606
(312) 726-2938

*Attorney for Citizens Against Ruining the Environment and The Sierra Club*

    */s/ Shannon Fisk*
Shannon Fisk
  sfisk@nrdc.org
Natural Resources Defense Council
2 N. Riverside Plaza, Ste. 2250
Chicago, IL 60606
(312) 651-7904

*Attorney for Natural Resources Defense Council, Inc.*

    */s/ Faith E. Bugel*
Faith E. Bugel
  fbugel@elpc.org
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1300
Chicago, IL 60601-2110
(312) 673-6500

Michael C. Soules
Environmental Law & Policy Center
700 Douglas Ave. #906
Minneapolis, MN 55403
(989) 600-2659

*Attorneys for The Environmental Law and Policy Center and Respiratory Health Association of Metropolitan Chicago*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on April 5, 2011, a copy of the foregoing **STIPULATION REGARDING DISCOVERY SCHEDULE AND LIMITATIONS IN LIABILITY PHASE** was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filings to all Counsel of Record, including:

*Attorneys for the State of Illinois*

Matthew J. Dunn
Rose-Marie E. Cazeau
Stephen J. Sylvester
Andrew B. Armstrong
Assistant Attorneys General
State of Illinois
69 W. Washington St., 18th Fl.
Chicago, IL 60602
(312) 814-2521

*Attorney for the Natural Resources Defense Council, Inc.*

Shannon Fisk
Natural Resources Defense Council
2 N. Riverside Plaza, Ste. 2250
Chicago, IL 60606
(312) 651-7904

*Attorneys for The Environmental Law and Policy Center and Respiratory Health Association of Metropolitan Chicago*

Faith E. Bugel
Environmental Law & Policy Center
35 East Wacker Drive, Ste. 1300
Chicago, IL 60601-2110
(312) 673-6500

Michael C. Soules
Environmental Law & Policy Center
700 Douglas Ave. #906
Minneapolis, MN 55403
(989) 600-2659

*Attorneys for Midwest Generation, LLC*

Daniel E. Reidy
Brian J. Murray
JONES DAY
77 West Wacker Dr., Ste. 3500
Chicago, IL 60601-1692
(312) 782-3939

James M. Jones
JONES DAY
500 Grant St., Ste. 4500
Pittsburgh, PA 15219-2514
(412) 391-3939

Kevin P. Holewinksi
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001-2113
(202) 879-3939

*Attorney for Citizens Against Ruining the Environment and The Sierra Club*

Keith Harley
Chicago Legal Clinic
205 W. Monroe, Floor 4
Chicago, IL 60606
(312) 726-2938

    */s/ Jennifer A. Lukas-Jackson*
    Jennifer A. Lukas-Jackson