**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and the STATE OF ILLINOIS, | ) ) ) ) | Civil Action No. 09-cv-05277 |
| Plaintiffs, | ) ) | Judge John W. Darrah |
| CITIZENS AGAINST RUINING THE ENVIRONMENT; THE ENVIRONMENTAL LAW AND POLICY CENTER; NATURAL RESOURCES DEFENSE COUNSEL, INC.; RESPIRATORY HEALTH ASSOCIATION OF METROPOLITAN CHICAGO; and SIERRA CLUB, | ) ) ) ) ) ) ) ) ) | Magistrate Judge Maria Valdez |
| Intervenor-Plaintiffs, | ) ) | |
| v. | ) ) | |
| MIDWEST GENERATION, LLC, EDISON MISSION ENERGY, and COMMONWEALTH EDISON COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF
PARTIAL FINAL JUDGMENT AND TO STAY REMAINING CLAIMS**

Plaintiffs, the United States of America, on behalf of the Environmental Protection Agency, ("United States") and the People of the State of Illinois ("State"), respectfully move this Court for certification of partial final judgment under Fed. R. Civ. Pro. 54(b) of certain claims dismissed by this Court through two decisions it issued on March 9, 2010 (Dkt. 75) and March 16, 2011 (Dkt. 128). Plaintiffs also request that this Court stay discovery and trial proceedings of all claims that remain with this Court pending a resolution of the appeal on the certified claims.

Importantly, this motion is, in essence, unopposed. None of the five Plaintiff-Intervenors oppose this motion, including the stay of their claims contained in their Amended Complaint (Dkt. 92). And the only remaining defendant in this action, Midwest Generation ("Midwest Gen"), has informed Plaintiffs that, in the presence of a stay of all remaining claims and all trial court proceedings pending appeal, Midwest Gen will not oppose a Rule 54(b) determination regarding the court's decisions on Midwest Gen's motions to dismiss. Midwest Gen, however, reserves its right, upon review of Plaintiffs' moving papers, to file a response that sets out the reasons why Midwest Gen, in the absence of such a stay, would oppose the requested Rule 54(b) determination and follow-on appellate proceedings.

Plaintiffs filed this Clean Air Act ("CAA" or "Act") enforcement action against the current owner and operator of six coal-burning power plants, Midwest Gen, its parent company Edison Mission Energy ("EME"), and the former owner and operator of the six plants, Commonwealth Edison ("ComEd"). The suit seeks civil penalties and injunctive relief for violations of various Clean Air Act programs including: (1) the Prevention of Significant Deterioration ("PSD") program, 42 U.S.C. §§ 7470-92 and the Illinois Environmental Protection Act ("Illinois Act"), 415 Illinois Codified Statutes ("ILCS") 5/9.1(d); (2) the visible air pollutant ("opacity") and particulate matter limitations under Illinois' state implementation plan; and (3) the Title V operating permit program of the Act, 42 U.S.C. §§ 7661-7661(f), the Title V regulations at 40 C.F.R. Part 70, and the Illinois Act, including the Title V permit program, 415 ILCS 5/39.5.

In two separate rulings granting the defendants' motions to dismiss, this Court dismissed all but one of Plaintiffs' PSD claims in their entirety as well as portions of Plaintiffs' Title V

claims that were factually related to the PSD claims. *See* Orders entered on March 9, 2010 (Dkt. 75) and March 16, 2011 (Dkt. 128). The rulings resulted in the dismissal of EME and ComEd from the action, because all claims against those two parties were dismissed. The two rulings also narrowed the claims against Midwest Gen, to one PSD claim (for injunctive relief only), the opacity claims, and portions of the Title V claims. Plaintiffs now seek entry of final judgment only on the claims falling under the Act's PSD program that were dismissed from their original complaint (Dkt. 1) and their amended complaint (Dkt. 93). These claims include: claims 1, 4, 7, 10, 13, 18, 21, 24, and 27 from Plaintiffs' original complaint (Dkt. 1) and claims 1; 2; 3; 6; 7; 8; 11; 12; 13; 16; 17; 18; 21; 22; 23; 28; 29; 30; 33; 34; 35; 38; 39; 40; 43; 44; 45; 55; 56; and 57 from Plaintiffs' First Amended Complaint (Dkt. 93).

In the Seventh Circuit, district courts may enter partial final judgment only for claims that are separate and distinct from any claims remaining in the district court and where there is no just reason to delay entry of final judgment on the dismissed claims. *Factory Mut. Ins. Co. v. Bobst Group USA Inc.*, 392 F.3d 922 (7th Cir. 2004); Fed. R. Civ. Pro. 54(b). Plaintiffs' satisfy this standard because, as explained in Plaintiffs' Memorandum in Support of this Motion, the remaining claims are separate from the dismissed claims in one or more material respects: (1) they turn on different questions of fact or law; (2) they are brought under different CAA programs; or (3) they seek different relief.

Additionally, a stay of the remaining claims pending appeal of the dismissed PSD claims is appropriate under these circumstances. The parties agree that a stay is appropriate, so a stay is procedurally fair. Finally, a stay promotes judicial economy, because it will streamline the case as it moves forward at the district court after the appeal proceedings are complete.

3

Wherefore, Plaintiffs request that this Court enter an order certifying final judgment of the following claims that were dismissed in their entirety by this Court's March 9, 2010 and March 16, 2011 orders:  Claims 1, 4, 7, 10, 13, 18, 21, 24, and 27 from Plaintiffs' original complaint (Dkt. 1) and Claims 1; 2; 3; 6; 7; 8; 11; 12; 13; 16; 17; 18; 21; 22; 23; 28; 29; 30; 33; 34; 35; 38; 39; 40; 43; 44; 45; 55; 56; and 57 from the First Amended Complaint (Dkt. 93).

Respectfully submitted,

PLAINTIFF UNITED STATES

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

Dated:  September 14, 2011           /s/ Jennifer A. Lukas-Jackson
                                    JENNIFER A. LUKAS-JACKSON
                                    KRISTIN M. FURRIE
                                    Trial Attorneys
OF COUNSEL                          Environmental Enforcement Section
SUSAN TENNENBAUM                    Environment and Natural Resources Division
CHARLES MIKALIAN                    U.S. Department of Justice
Associate Regional Counsels         P.O. Box 7611
Office of Regional Counsel (C-14J)  Washington, DC  20044-7611
U.S. EPA, Region V                  Phone:  (202) 305-2332
77 W. Jackson Blvd.                 Facsimile:  (202) 514-8395
Chicago, IL  60604-3590


PATRICK J. FITZGERALD
United States Attorney for the
Northern District of Illinois

JONATHAN HAILE
Assistant United States Attorney
Northern District of Illinois
219 S. Dearborn St., 5th Floor
Chicago, IL  60604

4

PLAINTIFF STATE OF ILLINOIS

LISA MADIGAN
Attorney General


*/s/ Stephen Sylvester*
MATTHEW J. DUNN, Chief
Environmental Enforcement/
Asbestos Litigation Division
Assistant Attorney General
ROSEMARIE E. CAZEAU
STEPHEN SYLVESTER
ANDREW ARMSTRONG
Assistant Attorneys General
69 W. Washington St., 18th Floor
Chicago, IL 60602
Phone: (312) 814-2521
Facsimile: (312) 814-2347

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on September 14, 2011, a copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF PARTIAL FINAL JUDGMENT AND TO STAY REMAINING CLAIMS** was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filings to the following Counsel of Record:

*Attorneys for the State of Illinois*

Matthew J. Dunn
Rose-Marie Cazeau
Stephen J. Sylvester
Andrew Armstrong
Assistant Attorneys General
State of Illinois
69 W. Washington St., 18th Floor
Chicago, IL 60602
(312) 814-2521

*Attorney for the Natural Resources Defense Council, Inc.*

Shannon Fisk
Natural Resources Defense Council
2 N. Riverside Plaza, Ste. 2250
Chicago, IL 60606
(312) 651-7904

*Attorney for Citizens Against Ruining the Environment and The Sierra Club*

Keith Harley
Chicago Legal Clinic
205 W. Monroe, 4th Floor
Chicago, IL 60606
(312) 726-2938

*Attorneys for Midwest Generation, LLC and Edison Mission Energy*

Daniel E. Reidy
Brian J. Murray
JONES DAY
77 W. Wacker Dr., Ste. 3500
Chicago, IL 60601-1692
(312) 782-3939

James M. Jones
JONES DAY
500 Grant St., Ste. 4500
Pittsburgh, PA 15219-2514
(412) 391-3939

Kevin P. Holewinksi
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001-2113(202) 879-3939

*Attorneys for Commonwealth Edison Company*

Adrienne Banks Pitts
Kathleen Lynn Roach
Margaret R. Sobota
Byron F. Taylor
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Attorneys for The Environmental Law and
Policy Center and Respiratory Health
Association of Metropolitan Chicago*

Faith E. Bugel
Jenny Cassel
Environmental Law & Policy Center
35 E. Wacker Dr., Ste. 1300
Chicago, IL  60601-2110             /s/ Jennifer A. Lukas-Jackson
(312) 673-6500                         Jennifer A. Lukas-Jackson