**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

United States of America, et al.
                          Plaintiff,

v.                                     Case No.: 1:09−cv−05277
                                           Honorable John W. Darrah

Midwest Generation, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 21, 2011:

      MINUTE entry before Honorable John W. Darrah: Plaintiffs' unopposed motion for certification of partial final judgment under Rule 54(b) and to stay remaining claims [157] is entered and continued for ruling on 11/10/11 at 9:30 a.m. All parties to file briefs regarding the motion by 10/5/11. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.