

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA and the STATE
OF ILLINOIS,
              Plaintiffs,
      and
CITIZENS AGAINST RUINING THE
ENVIRONMENT; THE ENVIRONMENTAL LAW
AND POLICY CENTER; NATURAL RESOURCE
DEFENSE COUNCIL, INC.; RESPIRATORY
HEALTH ASSOCIATION OF METROPOLITAN
CHICAGO; and SIERRA CLUB,
              Intervenor-Plaintiffs,
     v.
MIDWEST GENERATION, LLC, EDISON
MISSION ENERGY, INC., and COMMONWEALTH
EDISON COMPANY,
           Defendants.

No. 09-cv-05277

Judge John W. Darrah

Magistrate Judge Maria Valdez

## STIPULATION AND ORDER
## DISMISSING ALL CLAIMS OF CERTAIN INTERVENOR PLAINTIFFS WITHOUT
## PREJUDICE AND WITH LEAVE TO REINSTATE

WHEREAS, on February 28, 2012, Intervenor Plaintiffs the Environmental Law and

Policy Center, Natural Resources Defense Council, Respiratory Health Association of

Metropolitan Chicago, and Sierra Club (collectively, "Certain Intervenor Plaintiffs"), and

Defendant Midwest Generation, LLC ("Midwest Gen") reached and executed a written

agreement that, if consummated, will resolve the dispute between those parties at issue in the

above-captioned matter (the "Agreement"); and

WHEREAS, Certain Intervenor Plaintiffs and Midwest Gen seek to minimize the use of

valuable judicial resources and to do so consistent with the terms of the Agreement;

NOW THEREFORE and pursuant to F.R.C.P. 41(a)(2), Certain Intervenor Plaintiffs and Midwest Gen stipulate, and it is hereby Ordered, that all claims against all parties brought by Certain Intervenor Plaintiffs are hereby DISMISSED WITHOUT PREJUDICE with leave to reinstate subject to any defenses to reinstatement or to the merits that may be available to Midwest Gen at the time of any motion to reinstate, and consistent with the Agreement.

This Court does not retain jurisdiction to enforce the Agreement.

Certain Intervenor Plaintiffs and Midwest Gen shall bear their own costs.

It is SO STIPULATED this 22nd day of March, 2012.

/s/ Keith Harley (with permission)

Keith Harley
Chicago Legal Clinic
205 W. Monroe, Floor 4
Chicago, IL 60606
(312) 726-2938

*Attorneys for Intervenor-Plaintiff The Sierra Club*

/s/ Ann Alexander (with permission)

Ann Alexander
Natural Resources Defense Council
2 N. Riverside Plaza, Suite 2250
Chicago, IL 60606
(312) 651-7904

*Attorneys for Intervenor-Plaintiff the Natural Resources Defense Council, Inc.*

/s/ Brian J. Murray (with permission)

Daniel E. Reidy (IL Bar No. 2306948)
Brian J. Murray (IL Bar No. 6272767)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Attorneys for Defendant Midwest Generation, LLC*

/s/ Faith E. Bugel

Faith E. Bugel
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1300
Chicago, IL 60601-2110
(312) 673-6500

*Attorneys for Intervenor-Plaintiffs The Environmental Law and Policy Center and Respiratory Health Association of Metropolitan Chicago*

It is SO ORDERED this 22 day of March, 2012.

John W. Darrah, U.S. District Court Judge